```
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Dennis M. Cavanaugh
                            :
          v.                :    Criminal No. 09-144 (DMC)
                            :
MICHAEL I. ARIZECHI         :    CONTINUANCE ORDER
```

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and defendant Michael I. Arizechi (by Chris Franzblau, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Pre-trial negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate, which may render any trial of this matter unnecessary;

2. Additional time is necessary in for the parties to negotiate;

3. Defendant has consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 9 day of November, 2009,

IT IS ORDERED that pretrial motions shall be filed by December 29, 2009; the opposition to any motions is due January 12, 2010; hearing on any motions will be on January 26, 2010; and the trial is scheduled for February 9, 2010; and

IT IS FURTHER ORDERED that the period from December 8, 2009, through February 9, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DENNIS M. CAVANAUGH
United States District Judge