UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | Case No.  09-cr-144-01 |
| vs. : | |
| : | **CONSENT ORDER** |
| MICHAEL I. ARIZECHI, : | |
| Defendant. : | |

THIS MATTER being opened to the Court by letter submission by Julian Wilsey, Esq. of Franzblau Dratch, P.C., attorneys for defendant Michael Arizechi, and the Assistant United States Attorney R. Joseph Gribko of the United States Attorney's Office for the District of New Jersey, having consented to the request, and the Court having considered the request, and for good cause being shown,

IT IS on this  16  day of  Sept , 2010,

ORDERED THAT the passports that were surrendered by Michael Arizechi and his family to the United States Pretrial Services Office for the District of New Jersey in connection

with the above captioned matter shall be returned to Mr. Arizechi's counsel for delivery to the Arizechi family.

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.

We hereby consent to the form
and entry of the within Order.

UNITED STATES ATTORNEY'S OFFICE
For the District of New Jersey

By: _____
    AUSA R. JOSEPH GRIBKO

FRANZBLAU DRATCH, P.C.
Attorneys for Defendant
Michael Arizechi

By: _____
    JULIAN WILSEY